UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

# MINUTES

| | | | |
|---|---|---|---|
| UNITED STATES OF AMERICA, | ) | | |
| | ) | | |
| Plaintiff, | ) | CASE NO. | 1:10-CR-211 |
| | ) | DATE: | December 13, 2010 |
| vs. | ) | TIME: | 10:05 - 12:40 |
| | ) | PLACE: | Grand Rapids |
| RYAN STEENSMA and | ) | JUDGE: | ROBERT J. JONKER |
| STEPHANIE MARIE PRICKETT | ) | | |
| | ) | | |
| Defendants. | ) | | |

## APPEARANCES

PLAINTIFF:
Timothy VerHey

DEFENDANT:
Solomon Louis Wisenberg for Steensma
Jeffrey G. Muth for Steensma
Charles Burnham for Prickett
Eugene Victor Gorokhov for Prickett

## WITNESSES

PLAINTIFF:

DEFENDANT:

## PROCEEDINGS

NATURE OF HEARING:
Motions to suppress (docket # 21, 61), motion to change venue (docket # 24), motions to dismiss indictment (docket # 27, 57), motions for bills of particulars (docket # 27, 48)

COURT REPORTER:   Glenda Trexler          Anne Venhuizen
                                          Law Clerk